Michael James WICKER *v.* STATE of Arkansas

CR 02-1161                                         89 S.W.3d 931

Supreme Court of Arkansas
Opinion delivered November 21, 2002

*Richard Mattison*, for appellant.

No response.

PER CURIAM. Appellant Michael James Wicker, by and through his attorney, has filed a motion for rule on clerk. The court considers the motion as a motion for belated appeal. His attorney, Richard Mattison, states in the motion that the record was tendered late due to a mistake on his part.

We find that such an error, admittedly made by an attorney for a criminal defendant, is good cause to grant the motion. *See In Re Belated Appeals in Criminal Cases*, 265 Ark. 964 (1979) (*per curiam*).

The motion is, therefore, granted. A copy of this opinion will be forwarded to the Committee on Professional Conduct.